ACCEPTED
04-15-00219-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/21/2015 4:39:33 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00219 – CV
CAUSE NO. 04-15-00218 – CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/21/2015 4:39:33 PM
KEITH E. HOTTLE
Clerk

DAVID GOAD,
Appellant

v.

JAMIE OSBORNE,
Appellee

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/21/2015 4:39:33 PM
KEITH E. HOTTLE
Clerk

CONSOLIDATED WITH

DAVID GOAD,
Appellant

v.

ERIC STREY
Appellee

Appealed from the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0393
Trial Cour No. 2014-CV-0392
Robin V. Dwyer, Judge Presiding

## APPELLEES' OPPOSITION TO APPELLANT'S
## SECOND REQUEST FOR MORE TIME

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellees Jamie Osborne and Eric Strey and files this their Opposition to Appellant's Second Request for More Time and would respectfully show unto this Court as follows:

## I.      Relief Requested

On September 14, 2015, Appellant, David Goad filed his Second Request for More Time with this Court. Mr. Goad's Motion claims a medical condition he has lived with for six years has left him physically unable to draft appellate briefs required of him in this Court, Texas Supreme Court and the Fifth Circuit Court of Appeals. Mr. Goad concludes his Request by asking this Court for an indefinite extension of time for Mr. Goad to file his brief. Mr. Goad's request comes just four days prior to the September 18, 2015 deadline this Court imposed on him to file his Appellate brief. Mr. Goad's request should in all things be DENIED and his appeal DISMISSED for Want of Prosecution.

## II.      Argument & Authorities

Mr. Goad's Request is not accompanied by any competent evidence. The documents attached to Mr. Goad's Request are either irrelevant, in the case of Exhibit A or hearsay, exhibits B, C, and D, pursuant to the Texas Rules of Evidence. Mr. Goad attached an article that is not verified as a business record and

provides the Court with no relevant information as to why Mr. Goad has failed to comply with the order. He also attached three letters allegedly from his own treating physicians, the latest of which is dated April 20, 2015, from Dr. Toledo. None of the three letters say anything about Mr. Goad not being able to work during the relevant time period. In fact, since Exhibit B was reportedly drafted by Dr. Horton on August 16, 2010, Mr. Goad has prosecuted three lawsuits in the United States District Court for the Western District of Texas, two of which he appealed to the United States Appellate Court for the Fifth Circuit[1]. In addition he has appealed to this Court no less than seven (7) times in that same span[2], including the present consolidated appeal. He has also appealed to sister courts, the Third Court of Appeals[3] and the Fourteenth Court of Appeals[4] during that time period. He has even appealed one of his cases to the Texas Supreme Court.[5]

---

[1]  1. 5:2011-cv-01056 *Goad, et. al. v. Guadalupe County, et. al.* [Appealed]
2. 5:2013-cv-00063 *Goad v. Doe, et. al.*
3. 5:2014-cv-00813 *Goad v. Camareno, et. al.* [Appealed]

[2]  1. 08-10-00216 *David Goad v. Zuehl Airport Flying Community Owners Association;*
2. 04-11-00293-CV *David Goad v. Zuehl Airport Flying Community Owners Association;*
3. 04-11-00894 *In re David Goad, Relator;*
4. 04-14-00497-CV *David C. Goad v. The County of Guadalupe, Texas;*
5. 04-14-00501 *In re David Goad;*
6. 04-14-00637 *In re David Goad;*
7. 04-15-00218 / 04-15-00219 *David Goad v. Jamie Osborne / David Goad v. Eric Strey.*

[3] 03-12-00170-CV *In re David Goad*

[4] 14-13-00861-CV *David Goad v. Hancock Bank f/k/a Peoples First Community Bank*

[5] 15-0662 *David Goad v. Hancock Bank f/k/a Peoples First Community Bank*

Interestingly, Mr. Goad recently requested an extension of time to file his brief in his Texas Supreme Court case. He cited this Court's August 12, order and its September 18, 2015 deadline as a basis for the extension he requested from the Texas Supreme Court. A Copy of Mr. Goad's Extension Request, file stamped August 31, 2015 in Cause No. 15-0662 is attached hereto as Exhibit A for the Court's convenience.

If Mr. Goad were truly unable to complete more than ten pages of briefing in a month's time as he claims, his Request for Additional time, should have been presented to this Court immediately upon the Court's issuance of its August 12, 2015 Order, not thirty (30) days later.

Appellees are fully aware of the Court's great discretion over its docket and power to schedule matters before it. Appellees' intention is voice their objection to Appellant's Request and alert the Court to Mr. Goad's long Appellate history, even during his alleged illness. Mr. Goad has had ample time to prosecute this appeal and draft his Appellate brief. Yet he has chosen not to so, rather his apparent intention is to dictate to this Court when he will submit his brief, while using this Court's orders to delay other appeals he is prosecuting. Mr. Goad intends to file his do so when it is convenient for him, regardless of the Rules of Appellate Procedure or the Orders of this Court.

If the Court chooses to allow Mr. Goad an additional extension, Appellees respectfully request the Court admonish Mr. Goad to retain counsel and that no additional extensions will be given as a result of Mr. Goad's personal inability to file his Appellate Brief.

## III.   PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Appellees respectfully request this Honorable Fourth Court of Appeals DENY Appellant's Request and DISMISS his appeal for Want of Prosecution.

Respectfully Submitted,

Chunn, Price & Harris
16500 San Pedro Ave., Suite 410
San Antonio, TX 78232
Telephone (210) 343.5000
Telecopier (210) 525.0960


_____/s/ Jeremy R. Sloan_____
Jeremy Sloan
State Bar No. 24054995
Email: jsloan@cphattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on:

David Goad
1154 Rivertree Dr.
New Braunfels, TX 78130


_____/s/ Jeremy R. Sloan_____
Jeremy Sloan



EXHIBIT A

FILED
IN SUPREME COURT
OF TEXAS

AUG 3 1 2015

BLAKE HAWTHORNE, Clerk
By_____DAVID GOAD, Deputy

No. 15-0662 ~~MOTION~~

**DAVID GOAD,**
                        Petitioner,

v.

**HANCOCK BANK F/K/A PEOPLES**
**FIRST COMMUNITY BANK,**
                        Respondent.

§
§
§
§
§
§
§
§

· IN THE

SUPREME COURT

OF TEXAS

## PETITIONER'S MOTION TO
## EXTEND TIME TO FILE PETITION FOR REVIEW

1. This motion is brought under **Texas Rules of Appellate Procedures 53.7 (f)** *Extension of Time* to file petition for review. Said rule provides authority to the Texas Supreme Court to grant additional time for Petitioner to file his petition for review.

2. Petitioner is David Goad, in *Propria Persona (pro se)*; respondent is Hancock Bank, with counsel.

3. The Fourteenth Court of Appeals issued its Memorandum Opinion in Goad v. Hancock, NO. 14-13-00861-CV. on April 6. 2015.

4. Petitioner's motion for "rehearing and en banc consideration" was denied on July 14. 2015.

5. Petitioner's petition for review is due in the Supreme Court on August 28. 2015. forty-five days from the July 14. denial.

6. Petitioner requests an additional 60 days to file the petition for review. extending the time until October 27. 2015. No prior requests have been made to extend time to file the petition for review.

7. Additional time is needed for the following reasons:

a. Petitioner has been disabled for more than 7 years. The disability stems from prior spinal injuries. a stroke with subsequent heart surgery, and posttraumatic stress disorder. These disabilities are well defined under the American's with Disability Act. Normally, the petitioner lags behind or

takes about twice the normal amount of time to prepare pleadings, however, the last few months have been very difficult and has further limited the petitioner's workload.

b. Petitioner is working on multiple briefs and one to the U.S. Supreme Court. One example is attached and incorporated herein as **Exhibit "A."**

## Conclusion

8. Given petitioner's health issues and work backlog, it is impossible for him to submit a meaningful petition for review within the normal time limitations.

## Declaration

9. I, David Goad, if requested to do so, could and would competently testify under oath, based upon my personal knowledge, to the matters stated herein:

The information provided in the **PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR REVIEW and** is true.

I freely swear under the penalty of perjury under the Laws of the United States of America that my above statements are true and correct to the best of my knowledge.

## Request

10. Petitioner requests the Supreme Court grant 60 additional days to file his petition for review.

Respectfully submitted,

David Goad, *pro se*

## CERTIFICATED OF SERVICE

I certify under the penalty of perjury that I sent a copy of the **PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR REVIEW** to each of those listed below on August 2$, 2015. The method of delivery is noted below each name. When sent by "U.S. Mail," the document(s) were placed into an envelope postage prepaid and deposited into a box which is used solely for the collection of mail by the U.S. postal service.

Craig R. Denum
11757 Katy Freeway., Ste 1010
Houston, Texas 77079-1732
U.S. Mail

David Goad



# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00218-CV

David **GOAD**,
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

No. 04-15-00219-CV

David **GOAD**,
Appellant

v.

Jamie **OSBORNE**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392 and 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

# ORDER

The brief of appellant David Goad in these consolidated appeals was due July 20, 2015. Neither the brief nor a motion for extension of time was filed. On July 23, 2015, we ordered Goad to file, not later than August 3, 2015, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. On August 6, the court received Goad's motion for extension of time to file his brief and a request for a copy of the record.

We grant the motion. We order the Clerk of this court to send a copy of the appellate record to appellant on CD Rom. Appellant is advised that if he desires a supplemental clerk's record, he must request the supplement in writing from the trial court clerk and file a copy of the request in this court. Any such request will not be grounds for extending the due date for appellant's brief.

*Exhibit "A"*

We order appellant's brief due **September 18, 2015** (60 days after the original due date). No further extensions will be granted absent a motion showing of extraordinary circumstances. If the brief or a motion is not electronically filed or received in this court by September 18, 2015, the appeal will be dismissed for want of prosecution. The mailbox rule will not apply.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

Keith E. Hottle
Clerk of Court

David Goad



August 25, 2015

Mr. Blake A. Hawthorne, Clerk
Supreme Court of Texas
P.O. Box 12248
Austin, Texas 78711

Re: Petition for Review in
    Goad v. Hancock

Hello Mr. Hawthorne,

Please file this new issue upon receipt. A declaration to proceed *In Forma Pauperis* is also provided for your consideration. If any question arise please contact me.

Thank You

David Goad